IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:                                    Case No. 05-18497-9P3
                                          Chapter 13 Case
PATRICK M. BOLAND,

_____Debtor._____/

## OBJECTION TO CLAIM #2

COMES NOW Debtor, **PATRICK M. BOLAND**, by and through his undersigned attorney, and hereby objects to **Claim #2** filed by **FIFTH THIRD BANK** in the amount of **$39,190.99** and states that the amount of the Projected Deficiency Balance is incorrect.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by CERTIFIED MAIL, #7003 3110 0001 0444 8855 to **GEORGE A. SCHAEFER, JR., President, FIFTH THIRD BANK,** 38 Fountain Square Plaza, Cincinnati, OH 45263; to **FIFTH THIRD BANK CUSTOMER SERVICE,** MD1MOC2G-04050, 38 Fountain Square Plaza, Cincinnati, OH 45263; to **STEVEN H. EMERY, ESQ.,** Attorney for **Fifth Third Bank**, Weitman, Weinberg & Reis Co., L.P.A., 323 Lakeside Avenue West, Cleveland, OH 44113; and by ELECTRONIC CASE FILING to JON M. WAAGE, TRUSTEE and to CYNTHIA P. BURNETTE, Asst. U.S. Trustee this 12 day of April, 2006.

_____
KIM LEVY, ESQ.
Attorney for Debtor
2110 Cleveland Avenue
Fort Myers, FL 33901
(239) 334-0128
Florida Bar No. 254797
Email: lawofficekimlevy@comcast.net