**[8odwithdr]** [ORDER DENYING]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:                                                    Case No. 9:05−bk−18497−ALP
                                                         Chapter 13


Patrick M. Boland
dba Jan−Pro
873 Grand Rapids Blvd.
Naples, FL 34120




_____     Debtor(s)          /

ORDER OVERRULING OBJECTION TO CLAIM

   THIS CASE came on for consideration, ex parte, upon a Objection to Claim #2 of Fifth Third Bank filed by Debtor in the above−captioned case. On April 24, 2006 movant filed a Notice of Withdrawal of the Objection to Claim thereby making the issue moot. It is therefore appropriate for the Court to enter an order overruling the Objection as moot pursuant to the movant's withdrawal of said objection . Accordingly, it is

   ORDERED that the Objection to Claim be, and the same is hereby, overruled as moot.


   DONE AND ORDERED on April 25, 2006 .


                                                         _____
                                                         Alexander L. Paskay
                                                         United States Bankruptcy Judge